**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Martin Rodriguez, | NO. C 05-03351 JW |
|     Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|    v. | |
| City of San Jose, et al., | |
|     Defendants. | |

    Please take note that the case management conference presently scheduled for January 9, 2006 at 10 a.m. is vacated. The new case management conference is set for **January 30, 2006 at 10 a.m.** to coincide with a hearing on Defendant's Motion to Dismiss. Please note that the hearing is set for 9 a.m. and the conference is set for 10 a.m.

    Pursuant to the Civil Local Rules of this Court, the parties shall file a joint case management statement no later than ten days before the date of the conference.

Dated: December 27, 2005

                                                           JAMES WARE
                                                           United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Clifford S. Greenberg cao.main@ci.sj.ca.us
David Michael Rollo david.rollo@cco.sccgov.org

Suarez M Guillermo
5441 East Beverly Blvd., Suite D
Los Angeles, CA 90022

Dated:   December 27, 2005                            Richard W. Wieking, Clerk

                                                      By:   /s/ JW Chambers
                                                            **Ronald L. Davis**
                                                            **Courtroom Deputy**