1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Martin Rodriguez,                                          NO. C 05-03351 JW

          Plaintiff,

          v.                                          **CORRECTED**
**ORDER VACATING HEARING;**
City of San Jose, et al.,                                  **CONTINUING CASE MANAGEMENT**
**CONFERENCE**
          Defendants.
_____/

      On December 1, 2005, this case was reassigned to this Court following Defendant City of

San Jose's declination to proceed before a Magistrate Judge Lloyd.  Pursuant to the Order

reassigning the case to this Court (Docket Item No. 15), all motions pending before Judge Lloyd

were vacated.  Accordingly, the hearing on Defendants' motion to dismiss currently scheduled for

January 30, 2006 is vacated.  Should Defendants wish this Court to hear a motion to dismiss in this

case, Defendants shall notice the motion in this Court pursuant to the Local Rules.  Plaintiff is

reminded that a failure to file an opposition to a motion to dismiss may result in a dismissal of his

action.

      The case management conference currently scheduled for January 30, 2006 is continued to

March 13, 2006 at 10:00 a.m.


Dated: January 25, 2006                            /s/ James Ware
05eciv3351ctdmtd                                 JAMES WARE
                                                 United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Clifford S. Greenberg cao.main@ci.sj.ca.us
David Michael Rollo david.rollo@cco.sccgov.org

Suarez M Guillermo
Suite D
5441 East Beverly Blvd
Los Angeles, CA 90022

**Dated: January 25, 2006**                                   Richard W. Wieking, Clerk

By:__/s/ JW Chambers_____
    **Melissa Peralta**
    **Courtroom Deputy**

United States District Court
For the Northern District of California